1  **Bron E. D'Angelo, Esq. (SBN 246819)**
   **Anna L. Cornetta, Esq. (SBN 351761)**
2  **BURGER, MEYER & D'ANGELO, LLP**
   999 Corporate Drive, Suite 225
3  Ladera Ranch, CA 92694
   Telephone:    (949) 427-1888
4  Facsimile:     (949) 427-1889
   Email: bdangelo@burgermeyer.com
5             acornetta@burgermeyer.com

6  Attorneys for Defendant
   WALMART, INC.
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | BRADLEY BORGES, an individual,                          | Case No:
13 |                                                          | Judge
   |         Plaintiff,                                       | Crtrm:
14 |                                                          |
   |   vs.                                                    |
15 |                                                          | **NOTICE OF REMOVAL OF ACTION**
   | WALMART, INC.; a corporation; DOE 1, an                  | **PURSUANT TO 28 U.S.C. SECTIONS 1332**
16 | individual, and DOES 2 through 50, Inclusive,            | **AND 1441(a) AND (b)**
17 |         Defendants.                                      | Action Filed: June 28, 2024

18

19

20

21 **TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES,**

22 **AND TO THEIR ATTORNEYS OF RECORD:**

23        **PLEASE TAKE NOTICE** that Defendant WALMART INC. ("Defendant"),

24 by and through its counsel, hereby removes the above-entitled action filed by Plaintiff

25 BRADLEY BORGES (hereinafter referred to as "Plaintiff") civil complaint, filed in

26 the Superior Court of the State of California, County of Los Angeles entitled *Bradley*

27 *Borges v. Walmart, Inc., et al.,* Case Number 24NWCV02010, to the United States

28

District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

1. On March 26, 2024, Defendant was served a pre-litigation demand and Plaintiff's medical records totaling $216,259.00. A copy of the demand is attached hereto as **Exhibit "1"**.

2. On June 28, 2024, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Bradley Borges v. Walmart, Inc., et al.,* Case Number 24NWCV02010 ("the State Action"). A copy of the Complaint filed in the State Action is attached hereto as **Exhibit "2"**.

3. Defendant was served with a copy of the Complaint filed in the State Action and a Summons from the State Court on December 27, 2024. A copy of the Summons is attached hereto as **Exhibit "3"**.

4. Based on a review of the State Court file, as of January 27, 2025, no other Defendant has been served with any Summons or Complaint in the State Action.

5. Plaintiff's Complaint purports to assert a cause of action based in negligence/premise liability and the ADA/Unruh Act. Plaintiff's Complaint seeks to recover damages for general economic and non-economic damages, medical expenses, loss of past and future earnings, and costs of litigation.

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

6. This Court has jurisdiction over this matter under 28 U.S.C. section 1332(a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. sections 1441 (a) and (b).

    **a.   Plaintiff is a Citizen of California**

8. Plaintiff is domiciled in and is presently a citizen of the State of California and was such at the time of incident. Pursuant to the Complaint, Plaintiff contends that they are domiciled in the State of California, and a present citizen of California.

    **b.   Plaintiff Claims Damages in Excess of $75,000**

BURGER, MEYER & D'ANGELO, LLP

9.  Plaintiff claims damages in excess of $75,000. **Exhibit "1"** shows damages in total of $216,259.00.

### c.  Walmart, Inc. is a Citizen of Delaware

10. Defendant is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart, Inc.'s corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits "4" and "5,"** respectively.

11. Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441(a).

12. Removal is timely under 28 U.S.C. section 1446(b)(1) because this Notice of Removal is filed within 30 days of Walmart being served with Plaintiff's Summons and Complaint.

13. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

**WHEREFORE**, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles to the United States District Court.

Dated: January 27, 2025        **BURGER, MEYER & D'ANGELO, LLP**

_Anna Cornetta_
Bron E. D'Angelo, Esq.
Anna L. Cornetta, Esq.
Attorneys for Defendant
WALMART, INC.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 999 Corporate Drive, Suite 225, Ladera Ranch, California.

On January 27, 2025, I served the within document(s) described as **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) AND (b)** on the interested parties in this action as stated on the attached mailing list.

| Delavar Omidfar, SBN 317026<br>MAKKABI LAW GROUP, APC<br>9454 Wilshire Boulevard, Suite 900<br>Beverly Hills, California 90212 | Attorneys for Plaintiff<br>Bradley Borges<br><br>T:   (310) 887-8000<br>F:   (310) 887-8001<br>E:   info@makkabilaw.com<br>      domifar@makkabilaw.com<br>      14@makkabilaw.com |
|---|---|

[X]   **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address nsebreros@burgermeyer.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2025, at Ladera Ranch, California.

_____
Nicole Sebreros